**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: John Edward Roux                                        CHAPTER 13
       Beth Ann Roux
            Debtor(s)                                        BKY. NO. 24-21133 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of LAKEVIEW LOAN SERVICING, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ Brent J. Lemon
PA Western BK
15 May 2024, 15:12:46, EDT

Denise Carlon, Esq. (317226)   ☐
Brent Lemon, Esq. (86478)      ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com