# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYVANIA

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy No. 24-21133-CMB |
| John Edward Roux, | ) |
| Beth Ann Roux, | ) |
|     Debtor(s) | ) Chapter 13 |
| John Edward Roux, | ) |
| Beth Ann Roux, | ) Related to Claim 23 |
|     Movant(s) | ) |
|     v. | ) Document No. |
| Citbank, | ) |
| | ) |
|     Respondent(s) | ) |

## CERTIFICATION OF NO OBJECTION REGARDING
## Debtors' Objection to Claim # 23

The undersigned hereby certifies that, as of the date hereof, no responsive pleading to the Objection filed on July 24, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no responsive pleading to the objection appears thereon. Pursuant to the Notice of Hearing, responses to the Objection were to be filed and served no later than August 10, 2024.

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

Dated: 08/12/2024        By:    /s/ David A Rice, Esq.
                                              Rice & Associates Law Firm
                                              15 West Beau Street, Washington, PA 15301
                                              724-225-7270
                                              PA 50329