IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | ) |
| | ) Bankruptcy No. 24-21133 CMB |
| John Edward Roux | ) |
| Beth Ann Roux | ) |
|     Debtor(s) | ) |
| | ) Chapter 13 |
| John Edward Roux | ) |
| Beth Ann Roux | ) Related to Claim No. 4 |
|     Movant(s) | ) |
| v. | ) Document No. |
| Merrick Bank / Resurgent Capital Services | ) |
| | ) Related to Doc. No. 34 |
|     Respondent(s) | ) |

**ENTERED BY DEFAULT**

### ORDER OF COURT

**AND NOW,** this __13th__ day of __August__, 2024, upon consideration of the Debtor's Objection to Claim, it is hereby **ORDERED, ADJUDGED and DECREED** that said Objection to Claim is sustained and that the debt related to proof of claim #4 is solely that Beth Ann Roux.

**BY THE COURT:**

FILED
8/13/24 2:45 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_Carlota M. Böhm_    dmr    J.
Carlota M. Böhm
United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21133-CMB |
| John Edward Roux | Chapter 13 |
| Beth Ann Roux | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 13, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Edward Roux, Beth Ann Roux, 117 Pleasant Avenue, McMurray, PA 15317-2935 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:

**Name**  **Email Address**

Brent J. Lemon
     on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com

David A. Rice
     on behalf of Debtor John Edward Roux ricelaw1@verizon.net  lowdenscott@gmail.com

David A. Rice
     on behalf of Joint Debtor Beth Ann Roux ricelaw1@verizon.net  lowdenscott@gmail.com

Joseph James Perotti, Jr
     on behalf of Creditor Peters Township rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com

Office of the United States Trustee
     ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

District/off: 0315-2     User: auto     Page 2 of 2
Date Rcvd: Aug 13, 2024     Form ID: pdf900     Total Noticed: 1

cmecf@chapter13trusteewdpa.com

Scott R. Lowden
   on behalf of Debtor John Edward Roux lowdenscott@gmail.com

Scott R. Lowden
   on behalf of Joint Debtor Beth Ann Roux lowdenscott@gmail.com

TOTAL: 8