IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Bankruptcy No. 24-21133 CMB |
| John Edward Roux | ) | |
| Beth Ann Roux | ) | |
|       Debtor(s) | ) | |
| John Edward Roux | ) | Chapter 13 |
| Beth Ann Roux | ) | |
|       Movant(s) | ) | Related to Doc No 68 |
| v. | ) | |
| | ) | Related to Claim 22 |
| LVNV Funding, LLC | ) | |
| | ) | Hearing: 9/10/24 at 1:30 PM |
|       Respondent(s) | ) | |

**CERTIFICATION OF NO RESPONSE REGARDING OBJECTION TO CLAIM**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection filed on July 31, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, responses to the Objection were to be filed and served no later than August 17, 2024.

It is hereby respectfully requested that the Order attached to the Objection be entered by the Court.

Dated: August 19, 2024

/s/ Scott R. Lowden
Scott R. Lowden, Esq.
PA ID 72116
100 Heathmore Avenue
Pittsburgh, PA 15227
lowdenscott@gmail.com
(412) 292-4254