IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

In Re: : Bankruptcy No. 24-21133-CMB
   John Edward Roux, :
   Beth Ann Roux, :
         Debtor(s) :
   Beth Ann Roux, :
         Movant(s) :
          : Related to Document No.
   v. :
   Highmark, Inc., :
         Respondent(s) :

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the Court Order to Pay Trustee Pursuant to Wage Attachment dated September 4, 2024 and a completed Local Bankruptcy Form 12 on each party listed below by first class U.S. mail on September 4, 2024.

Highmark, Inc.
Attn: Payroll Manager
1800 Center Street
Camp Hill, PA. 17011

                                             Attorney for Movant(s):
                                             Rice & Associates Law Firm
                                             /s/ David A Rice, Esq.
                                             15 West Beau Street
                                             Washington, PA  15301
                                             724-225-7270
                                             ricelaw1@verizon.net
                                             PA ID# 50329