IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | |
| John Edward Roux | ) | Bankruptcy No. 24-21133 CMB |
| Beth Ann Roux | ) | |
| Debtor(s) | ) | |
| | ) | Chapter 13 |
| Scott R. Lowden, Esquire | ) | |
| Applicant(s) | ) | |
| v. | ) | Doc. No. 147 |
| No Respondent | ) | |
| Respondent(s) | ) | **ENTERED BY DEFAULT** |

### ORDER OF COURT

AND NOW, this 21st day of July, 2025, upon consideration of the foregoing Application, it is hereby ORDERED, ADJUDGED, and DECREED that the total to date attorney fees and costs are found to be $14,735.08, of which $14,560.00 are attorney fees and $175.08 are costs, and that the total previously allowed Attorney's Fees and Costs were $5,000.00. This award covers the period from 2/23/2024 to 6/25/2025.

Therefore, the Application in its face amount of $9,735.08 for additional compensation for services rendered by Rice & Associates Law Firm as Attorney for Debtor(s) are allowed, and the total additional sum of $9,735.08 is to be paid to Rice & Associates Law Firm as the remainder of the Attorney's Fees and Costs through the Chapter 13 Plan, at the same disbursement level as prior awarded and/or paid Attorney's Fees awarded and paid to Rice & Associates Law Firm, pursuant to prior confirmed Plan(s) at $300.00 per month.

Further, the Clerk shall record the award of additional compensation for services rendered between February 23, 2024 and June 25, 2025 in the amount of **$9,560.00** and expenses in the amount of **$175.08** for a total of **$9,735.08**. The total award of compensation for services to date is **$14,560.00** and expenses in the amount of **$175.08** for a grand total in the amount of **$14,735.08**.

BY THE COURT:

_Carlota M. Böhm_
dmr

FILED
7/21/25 8:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-21133-CMB |
| John Edward Roux | Chapter 13 |
| Beth Ann Roux | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jul 21, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Edward Roux, Beth Ann Roux, 117 Pleasant Avenue, McMurray, PA 15317-2935 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2025               Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David A. Rice | |
| | on behalf of Debtor John Edward Roux ricelaw1@verizon.net  lowdenscott@gmail.com |
| David A. Rice | |
| | on behalf of Joint Debtor Beth Ann Roux ricelaw1@verizon.net  lowdenscott@gmail.com |
| Denise Carlon | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Joseph James Perotti, Jr | |
| | on behalf of Creditor Peters Township rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Jul 21, 2025 | Form ID: pdf900 | Total Noticed: 1 |

Scott R. Lowden
        on behalf of Debtor John Edward Roux lowdenscott@gmail.com

Scott R. Lowden
        on behalf of Joint Debtor Beth Ann Roux lowdenscott@gmail.com

TOTAL: 8