IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYVANIA

JOHN EDWARD ROUX,
BETH ANN ROUX,

    Debtor,

JOHN EDWARD ROUX,
BETH ANN ROUX,

    Movant,
vs

RONDA J WINNECOUR, Trustee

Bankruptcy No.: 24-21133-CMB
Chapter 13
Document No.:

### CERTFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the text order at docket 155 and the amendment to schedules I and J on each party listed below by first class U.S. mail on February 10, 2026.

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Office of US Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA  15222

    Attorney for Movant(s):
    Rice & Associates Law Firm
    /s/ David A Rice, Esq.
    15 West Beau Street
    Washington, PA  15301
    724-225-7270
    ricelaw1@verizon.net
    PA ID#  50329