# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

08/10/2026

IN RE:

JOHN EDWARD ROUX
BETH ANN ROUX
117 PLEASANT AVENUE
MCMURRAY, PA 15317
XXX-XX-6420 Debtor(s)

XXX-XX-3821

Case No.24-21133 JAD

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/10/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **AIS PORTFOLIO SERVICES (AMERICAN INFO SC** | Trustee Claim Number:1 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| ATTN BANKRUPTCY NOTICING | Court Claim Number: | ACCOUNT NO.: |
| 4515 N SANTA FE AVE DEPT APS | | |
| | CLAIM: 0.00 | |
| OKLAHOMA CITY, OK 73118 | COMMENT: ALLY BANK/PRAE | |
| **KML LAW GROUP PC*** | Trustee Claim Number:2 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: LAKEVIEW LN/PRAE | |
| **CLEARVIEW FCU**** | Trustee Claim Number:3 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| 8805 UNIVERSITY BLVD | Court Claim Number:7 | ACCOUNT NO.: 1819 |
| | CLAIM: 0.00 | |
| MOON TWP, PA 15108-4212 | COMMENT: LN 0003*2ND*HELOC*BGN 5/24*336/PL*326X60+2=LMT | |
| **LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:4 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEN |
| C/O LOANCARE LLC | Court Claim Number:28 | ACCOUNT NO.: 8361 |
| PO BOX 8068 | | |
| | CLAIM: 0.00 | |
| VIRGINIA BEACH, VA 23450 | COMMENT: PMT/DECL*DKT4PMT-LMT*CL28GOV*1ST*1963.07/PL*$0ARRS*BGN 6/24 | |
| **SANTANDER CONSUMER USA D/B/A CHRYSLER** | Trustee Claim Number:5 INT %: 6.00% | CRED DESC: VEHICLE |
| PO BOX 961278 | Court Claim Number:6 | ACCOUNT NO.: 1031 |
| | CLAIM: 25,564.51 | |
| FT WORTH, TX 76161 | COMMENT: $CL-PL@6%/PL | |
| **ALLY BANK(*)** | Trustee Claim Number:6 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PAYMENT PROCESSING CENTER* | Court Claim Number:5 | ACCOUNT NO.: 4895 |
| PO BOX 660618 | | |
| | CLAIM: 40,230.00 | |
| DALLAS, TX 75266-0618 | COMMENT: REPO*AUTO DEFICENCY*D-HUSBAND ONLY/OE | |
| **AMERICAN EXPRESS NATIONAL BANK** | Trustee Claim Number:7 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O BECKET AND LEE LLP | Court Claim Number:11 | ACCOUNT NO.: 1005 |
| PO BOX 3001 | | |
| | CLAIM: 3,659.77 | |
| MALVERN, PA 19355-0701 | COMMENT: X6683/SCH*D-HUSBAND ONLY/OE | |
| **AMERICAN EXPRESS NATIONAL BANK** | Trustee Claim Number:8 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O BECKET AND LEE LLP | Court Claim Number:10 | ACCOUNT NO.: 2005 |
| PO BOX 3001 | | |
| | CLAIM: 609.42 | |
| MALVERN, PA 19355-0701 | COMMENT: X8583/SCH*D-WIFE ONLY/OE | |
| **BELFORE RESTORATION** | Trustee Claim Number:9 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 1100 CUDDY LN | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| CUDDY, PA 15031 | COMMENT: | |
| **CAPITAL ONE BANK USA NA** | Trustee Claim Number:10 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.: 0904 |
| | CLAIM: 0.00 | |
| SALT LAKE CITY, UT 84130 | COMMENT: NT ADR/SCH | |

CLAIM RECORDS

**JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** Trustee Claim Number:11 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
C/O JPMORGAN CHASE BANK NA Court Claim Number:13 ACCOUNT NO.: 0394
PO BOX 15368
CLAIM: 10,536.35
WILMINGTON, DE 19850 COMMENT: D-HUSBAND ONLY/OE

**JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** Trustee Claim Number:12 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
C/O JPMORGAN CHASE BANK NA Court Claim Number:14 ACCOUNT NO.: 8278
PO BOX 15368
CLAIM: 5,207.62
WILMINGTON, DE 19850 COMMENT: D-HUSBAND ONLY/OE

**JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** Trustee Claim Number:13 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
C/O JPMORGAN CHASE BANK NA Court Claim Number:20 ACCOUNT NO.: 3510
PO BOX 15368
CLAIM: 4,713.42
WILMINGTON, DE 19850 COMMENT: D-WIFE ONLY/OE

**JPMORGAN CHASE BANK NA S/B/M/T CHASE B/** Trustee Claim Number:14 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
C/O JPMORGAN CHASE BANK NA Court Claim Number:12 ACCOUNT NO.: 7154
PO BOX 15368
CLAIM: 1,811.35
WILMINGTON, DE 19850 COMMENT: D-HUSBAND ONLY/OE

**CITIBANK NA** Trustee Claim Number:15 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
400 WHITE CLAY CENTER DR Court Claim Number:23 ACCOUNT NO.: 5520
CLAIM: 1,295.38
NEWARK, DE 19711 COMMENT: TRAC SPLY*D-HUSBAND ONLY/OE

**CLEARVIEW FCU**** Trustee Claim Number:16 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
8805 UNIVERSITY BLVD Court Claim Number:8 ACCOUNT NO.: 1819
CLAIM: 9,940.95
MOON TWP, PA 15108-4212 COMMENT: X2579/SCH

**MIDLAND CREDIT MANAGEMENT INC** Trustee Claim Number:17 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
PO BOX 2037 Court Claim Number:26 ACCOUNT NO.: 7864
CLAIM: 4,458.20
WARREN, MI 48090 COMMENT: X6263/SCH*CITI*D-HUSBAND ONLY/OE

**DISCOVER BANK(*)** Trustee Claim Number:18 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
PO BOX 3025 Court Claim Number:3 ACCOUNT NO.: 6718
CLAIM: 2,374.17
NEW ALBANY, OH 43054 COMMENT: D-HUSBAND ONLY/OE

**CITIBANK NA**** Trustee Claim Number:19 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
EXCEPTION PAYMENTS Court Claim Number:9-2 ACCOUNT NO.: 6233
4674 HOUSTON RD
CLAIM: 3,086.47
FLORENCE, KY 41042 COMMENT: MACYS*AMD

**MERRICK BANK** Trustee Claim Number:20 INT %: 0.00% CRED DESC: UNSECURED CREDITOR
C/O RESURGENT CAPITAL SVCS** Court Claim Number:4 ACCOUNT NO.: 1453
POB 10368
CLAIM: 11,407.93
GREENVILLE, SC 29603-0368 COMMENT: D-WIFE ONLY/OE

CLAIM RECORDS

**MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 2037 | Court Claim Number:27 | ACCOUNT NO.: 5889
CLAIM: 3,679.37
WARREN, MI 48090 | COMMENT: X1201/SCH*SYNC/PAYPAL*D-HUSBAND ONLY/OE

**MOTIVE CREDIT CARD** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
55 HAWTHORNE ST STE 400 | Court Claim Number: | ACCOUNT NO.: 4400
CLAIM: 0.00
SAN FRANCISCO, CA 94105 | COMMENT:

**MOTIVE CREDIT CARD** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
55 HAWTHORNE ST STE 400 | Court Claim Number: | ACCOUNT NO.: 8113
CLAIM: 0.00
SAN FRANCISCO, CA 94105 | COMMENT:

**PNC BANK NA** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 94982 | Court Claim Number:24 | ACCOUNT NO.: 5626
CLAIM: 11,542.74
CLEVELAND, OH 44101 | COMMENT:

**PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 12914 | Court Claim Number:18 | ACCOUNT NO.: 6082
CLAIM: 7,528.60
NORFOLK, VA 23541 | COMMENT: SYNCH/LOWES*D-WIFE ONLY/OE

**PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 12914 | Court Claim Number:21 | ACCOUNT NO.: 5276
CLAIM: 4,927.99
NORFOLK, VA 23541 | COMMENT: SYNC/WLMRT*D-HUSBAND/OE

**PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 12914 | Court Claim Number:19 | ACCOUNT NO.: 0961
CLAIM: 3,866.10
NORFOLK, VA 23541 | COMMENT: SYNC/AMZN*D-HUSBAND ONLY/OE

**PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 12914 | Court Claim Number:15 | ACCOUNT NO.: 4948
CLAIM: 623.56
NORFOLK, VA 23541 | COMMENT: SYNC/QVC*D-WIFE ONLY/OE

**PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 12914 | Court Claim Number:16 | ACCOUNT NO.: 1283
CLAIM: 430.22
NORFOLK, VA 23541 | COMMENT: SYNC/JCP*D-HUSBAND ONLY/OE

**LVNV FUNDING LLC** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RESURGENT CAPITAL SVCS | Court Claim Number:22 | ACCOUNT NO.: 5968
PO BOX 10587
CLAIM: 7,059.51
GREENVILLE, SC 29603-0587 | COMMENT: SAMS/SYNC*D-WIFE ONLY/OE

**CLAIM RECORDS**

**US DEPARTMENT OF EDUCATION** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 2837 | Court Claim Number: | ACCOUNT NO.: R14A
CLAIM: 0.00
PORTLAND, OR 97208 | COMMENT: NT ADR/SCH

**CREDITOR INFORMATION MISSING OR VAGUE** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: NOTICE ONLY
NEED VERIFICATION | Court Claim Number: | ACCOUNT NO.:
CLAIM: 0.00
COMMENT: ND ADR~ROUS TRANSPORT LLC/SCH H

**LVNV FUNDING LLC** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
C/O RESURGENT CAPITAL SVCS | Court Claim Number:1 | ACCOUNT NO.: 2156
PO BOX 10587
CLAIM: 0.00
GREENVILLE, SC 29603-0587 | COMMENT: NT/SCH*GE CAP CORP/JCP*STALE CL @ $1921.05 W/D*DOC

**PETERS TOWNSHIP (RE)** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: SECURED CREDITOR
C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:2-2 | ACCOUNT NO.: 0800
102 RAHWAY RD
CLAIM: 0.00
MCMURRAY, PA 15317 | COMMENT: 540-011-01-01-0008-00;2024*AMD=$0*NT/SCH*W/35

**PETERS TOWNSHIP (RE)** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: SECURED CREDITOR
C/O JORDAN TAX SVC-DELQ CLLCTR | Court Claim Number:2-2 | ACCOUNT NO.: 0800
102 RAHWAY RD
CLAIM: 0.00
MCMURRAY, PA 15317 | COMMENT: 540-011-01-01-0008-00;2024*NT/SCH*AMD=0 NON %*W/34

**CLEARVIEW FCU**** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: MORTGAGE ARR.
8805 UNIVERSITY BLVD | Court Claim Number:7 | ACCOUNT NO.: 1819
CLAIM: 430.25
MOON TWP, PA 15108-4212 | COMMENT: $CL-PL*THRU 4/24*LN 0003

**PORTFOLIO RECOVERY ASSOCIATES LLC** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 12914 | Court Claim Number:17 | ACCOUNT NO.: 4981
CLAIM: 307.54
NORFOLK, VA 23541 | COMMENT: NT/SCH*SYNC/HRBR FRGHT*D-HUSBAND ONLY/OE

**LAKEVIEW LOAN SERVICING LLC** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: MORTGAGE ARR.
C/O LOANCARE LLC | Court Claim Number:28 | ACCOUNT NO.: 8361
PO BOX 8068
CLAIM: 1,963.07
VIRGINIA BEACH, VA 23450 | COMMENT: CL28GOV*$0/PL*THRU 5/24

**MIDLAND CREDIT MANAGEMENT INC** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR
PO BOX 2037 | Court Claim Number:25 | ACCOUNT NO.: 2042
CLAIM: 236.75
WARREN, MI 48090 | COMMENT: NT/SCH*CMNTY/WMN WTHIN*D-WIFE ONLY/OE